UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABTAMU DANIEL, | ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) Civil Action No. 10-0345 (EGS) </br> ) |
| SOCIAL SECURITY ADMINISTRATION, | ) </br> ) |
| Defendant. | ) </br> ) |

**MEMORANDUM OPINION**

On November 2, 2010, defendant filed a motion to dismiss. In its November 3, 2010 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, the Order expressly warned plaintiff that, if he failed to file his opposition by December 3, 2010, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so. Accordingly, the Court treats defendants' motion as conceded.

An Order accompanies this Memorandum Opinion.


SIGNED:     EMMET G. SULLIVAN
                United States District Judge

DATED:     December 10, 2010